**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| LOUIS SCARANTINO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CALPINE CORPORATION, FRANK CASSIDY, JOHN B. HILL III, LAURIE BRLAS, JACK A. FUSCO, MICHAEL W. HOFFMAN, DAVID C. MERRITT, W. BENJAMIN MORELAND, ROBERT A. MOSBACHER JR., DENISE M. O'LEARY, VOLT PARENT, LP, VOLT MERGER SUB, INC., and ENERGY CAPITAL PARTNERS III, LLC,<br><br>Defendants. | Case No. 4:17-cv-03256 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  January 24, 2018

**KENDALL LAW GROUP, PLLC**

By: */s/ Jamie J. McKey*
Joe Kendall
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
Jamie J. McKey
Texas Bar No. 24045262
jmckey@kendalllawgroup.com
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone:  (214) 744-3000
Facsimile:  (214) 744-3015

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310
Facsimile: (302) 654-7530

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 24th day of January, 2018, to all counsel of record.

/s/Jamie J. McKey
JAMIE J. MCKEY