United States District Court
Southern District of Texas
**ENTERED**
February 21, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOUIS  SCARANTINO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3256 |
| | § | |
| CALPINE CORPORATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**


In accordance with Plaintiff's Notice of Voluntary Dismissal filed on January 24, 2018

(Doc. 4) this case is DISMISSED without prejudice pursuant to Federal Rule of  Civil Procedure

41(a)(1)(A)(i).

SIGNED at Houston, Texas, this 21st day of February, 2018.


MELINDA HARMON
UNITED STATES DISTRICT JUDGE

1 / 1